FILED
August 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002850325

2 pages

LAW OFFICE OF BONNIE BAKER
Bonnie Baker- State Bar No. 70572
1650 Oregono Street, Suite 209
Redding CA 96001
Phone: (530) 241-5421
Fax: (530) 241-7138
email: bonniebakerlaw@gmail.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

EPPERSON, JAMES AND GABRIELLE

Debtors

_____/

Case No. 10-36184

DCN: BB-1

Date: September 14, 2010
Time: 9:32 a.m.
Judge: Holman
Dept.: 32

MOTION FOR ORDER TO COMPEL TRUSTEE TO ABANDON BUSINESS ASSETS

James and Gabrielle Epperson, the debtors herein, move this court for an order compelling the Trustee, Linda Schuette, to abandon their businesses EPPERSON FURNITURE and EPPERSON CARPET located at 2965 East St. Anderson, California, Shasta County, California, and 2975 East St. Anderson respectively. Trustee has evaluated their petition. Trustee's stipulation to abandon the business properties has been filed with the court and is attached hereto as Exhibit "A".

The debtors have utilized their joint tools of the trade exemption in exempting the businesses value and assets.

Schedule " B " is attached identifying the businesses' assets and inventory as Exhibit "B" and Schedule "C" is attached as Exhibit "C" specifying the exemptions claimed on the

1

debtors' property.

Trustee has stipulated to the abandonment of the businesses because the business value has been completely exempted.

The debtor , therefore, request that the Trustee be directed to abandon the bankruptcy estate's interest in the debtors' businesses referenced above, and for such other relief as may be appropriate.

Dated: August 10, 2010
/s/ Bonnie Baker
BONNIE BAKER,
Attorney for Debtors